

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-22-00129-CV

**IN THE INTEREST OF K.S.,** a Child

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 20-08-00147-CVK
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Appellants' court-appointed attorneys have filed briefs and motions to withdraw on behalf of T.R. and R.S. pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which the attorneys assert there are no meritorious issues to raise on appeal. *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying the *Anders* procedure in a criminal case to an appeal from the termination of parental rights). Both counsel certify they have served copies of the briefs and motions on appellants T.R. and R.S., informed appellants of their right to review the record and file their own briefs, and explained to appellants the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.); *see also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). If appellants T.R. and R.S. desire to file a pro se brief, they must do so ***within twenty (20) days*** from the date of this order.

The Department has filed a response waiving its right to file a brief in this case unless appellants file a pro se brief. If either or both appellants file a timely pro se brief, the State may file a responsive brief no later than twenty (20) days after appellant's pro se brief is filed in this court.

We further ORDER the motions to withdraw filed by counsel for appellants to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

We instruct the Clerk of this Court to serve a copy of this order on appellants T.R. and R.S., their counsel, the attorney for the State, and the clerk of the trial court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2022.



_____
Michael A. Cruz,
Clerk of Court